G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff,
HILDELISA ESPINAL

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDELISA ESPINAL<br><br>Plaintiff,<br><br>vs.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1-10, inclusive.<br><br>Defendants. | Case No.: C12-00738 EMC<br><br>**NOTICE OF SETTLEMENT**<br><br>ORDER RESETTING FURTHER CMC |

**PLEASE TAKE NOTICE** that this matter has been settled in its entirety. It is respectfully requested that all pending hearings be taken off calendar.

RESPECTFULLY SUBMITTED,

DATED: November 6, 2012        **PRICE LAW GROUP APC**

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III
Attorney for Plaintiff

IT IS SO ORDERED that the Further CMC is reset from 11/9/12 to 12/21/12 at 10:30 a.m. An updated joint CMC statement shall be filed by 12/14/12. The 12/21/12 CMC will be vacated once a stipulation for dismissal is filed.

_____
Edward M. Chen
U.S. District Judge

Notice of Settlement