G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff,
HILDELISA ESPINAL

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDELISA ESPINAL,<br><br>    Plaintiff,<br><br>vs.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1-10, inclusive.<br><br>    Defendants. | **Case No.: C12-00738 EMC**<br><br>**CASE MANAGEMENT STATEMENT**<br> ORDER DENYING REQUEST TO CONTINUE CMC<br><br>**Case Management Conference:**<br>Date:  December 21, 2012<br>Time:  10:30 a.m.<br>Courtroom:  5<br>Hon. Edward M. Chen |

## CASE MANAGEMENT STATEMENT

Plaintiff, HILDELISA ESPINAL, through counsel, requests the court to move the Case Management Conference referenced above to a date of its choosing in late January 2013.

///

RESPECTFULLY SUBMITTED,

Date: <u>December 17, 2012</u>          By: <u>/s/ G. Thomas Martin, III</u>
G. Thomas Martin, III, Esq.
PRICE LAW GROUP, APC
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Telephone: 818-907-2030
Fax: 818-205-2730
Email: tom@plglawfirm.com
*Attorneys for Plaintiff*

IT IS HEREBY ORDERED that Plaintiff's request to continue the CMC is denied. The CMC will go forward on 12/21/12 at 10:30 a.m.

_____
Edward M. Chen
U.S. District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen