1  G. Thomas Martin, III, Esq. (SBN 218456)
   **PRICE LAW GROUP, APC**
2  15760 Ventura Blvd., Suite 1100
   Encino, CA  91436
3  T: (818) 907-2030; F: (818) 205-2730
   tom@plglawfirm.com
4
   Attorneys for Plaintiff,
5  HILDELISA ESPINAL

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA
10

11 HILDELISA ESPINAL                          Case No.: C12-00738 EMC

12         Plaintiff,                         **STIPULATION FOR DISMISSAL
                                              WITH PREJUDICE BETWEEN
13 vs.                                        PLAINTIFF AND DEFENDANT**

14
   DIVERSIFIED COLLECTION
15 SERVICES, INC.; DOES 1 – 10,
   inclusive.
16
           Defendant.
17

18

19     Plaintiff, HILDELISA ESPINAL, by counsel, and Defendant,

20 DIVERSIFIED COLLECTION SERVICES, INC., by counsel, hereby stipulate

21 and agree that all matters herein between them have been compromised and settled,

22 and that Plaintiff's cause against DIVERSIFIED COLLECTION SERVICES, INC.

23 should be dismissed, with prejudice, with each party to bear its own costs and

24 attorneys' fees.

25

Respectfully submitted,

Date: December 20, 2012            By: /s/ G. Thomas Martin, III
                                   G. Thomas Martin, III, Esq.
                                   PRICE LAW GROUP, APC
                                   15760 Ventura Blvd., Suite 1100
                                   Encino, CA 91436
                                   Telephone: 818-907-2030
                                   Fax: 818-205-2730
                                   Email: tom@plglawfirm.com

                                   *Attorneys for Plaintiff*

Date: December 20, 2012            By: /s/ Danielle R. Teeters
                                   Danielle R. Teeters, Esq.
                                   KRONICK, MOSKOVITZ,
                                   TIEDEMANN & GIRARD
                                   400 Capitol Mall, 27th Floor
                                   Sacramento, CA 95814
                                   Telephone: 916- 321-4500
                                   Fax: 916-321-4555
                                   Email: dteeters@kmtg.com

                                   *Attorneys for Defendant*

G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff,
HILDELISA ESPINAL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDELISA ESPINAL<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1 – 10, inclusive.<br><br>　　　　Defendant | Case No.: C12-00738 EMC<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff HILDELISA ESPINAL against Defendant DIVERSIFIED COLLECTION SERVICES, INC. are dismissed, with prejudice. Plaintiff HILDELISA ESPINAL and Defendant DIVERSIFIED COLLECTION SERVICES, INC. shall each bear their own costs and attorneys' fees.

Date: 12/20/12

_____
JUDGE, United States District Court,
Northern District of California

*IT IS SO ORDERED*
*Judge Edward M. Chen*

[PROPOSED] ORDER OF DISMISSAL